April 2, 2015



# JUDGMENT

## 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

CITY OF GALVESTON, DOROTHY PALUMBO, CITY ATTORNEY AND STERLING W. PATRICK, DIRECTOR OF GRANTS AND HOUSING,

Appellants

NO. 14-14-00294-CV                                    V.

CDM SMITH, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, CDM Smith, Inc., signed April 7, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment as to appellee's breach of contract claim against appellee City of Galveston. We therefore order that portion of the judgment **AFFIRMED.**

We find the trial court erred in denying the plea to the jurisdiction as to appellee's other claims against appellants, City of Galveston; Dorothy Palumbo, City Attorney; and Sterling W. Patrick, Director of Grants and Housing. We therefore **REVERSE** that portion of the judgment and **RENDER** judgment dismissing appellee's claims other than breach of contract against appellee City of Galveston.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.